UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-80639-EA

**Anthony J. Roberts**,

    Plaintiff,

v.

**Progressive Casualty Insurance Company**,

    Defendant.
_____/

### ORDER

THIS CAUSE came before the Court on Magistrate Judge Ryon M. McCabe's Report and Recommendation on the Defendant's Motion to Compel Arbitration ("Report"), entered on September 26, 2025. [ECF No. 14]. The plaintiff objects to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure. [ECF No. 27]. Therein, the plaintiff lodges four objections with various sub-objections. [ECF No. 27]. The defendant opposed the objections to the Report. [ECF No. 28]. When a magistrate judge's report and recommendation is timely objected to, the district court reviews the objected-to portions of the report and recommendation de novo. *Wade v. Dep't of Veteran Affs.*, Case No. 23-cv-20186, 2023 WL 4228182 at *1 (S.D. Fla. June 28, 2023). A party lodging an objection to a report and recommendation "must clearly advise the district court and pinpoint the specific findings that the party disagrees with." *U.S. v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009).

The Court has thus reviewed the Report de novo and is in full agreement with Judge McCabe's comprehensive analysis and recommendations.

It is hereby **ORDERED AND ADJUDGED:**

1. The Report [ECF No. 14] is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion to Compel Arbitration [ECF No. 9] is **GRANTED**.  To the extent

    the plaintiff wishes to pursue his claims against the defendant, he must pursue those claims with the appropriate arbitration forum.

3. This case is **STAYED** pending the final outcome of arbitration as required by 9 U.S.C. § 3.

4. The Clerk **SHALL FILE** a Notice of Compliance on the docket that a copy of this Order was mailed to the plaintiff.

**DONE AND ORDERED** in West Palm Beach, Florida, this 22nd day of December, 2025.



**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

CC:

**Anthony J. Roberts**
6075 Stonecrest Ct.
West Palm Beach, FL 33415
PRO SE

**Erin Michelle Sales**
200 South Orange Avenue
Suite 2300
Orlando, FL 32801
4076494020
Email: esales@bakerlaw.com